

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2024

No. 04-24-00468-CR

**IN RE** Bobby **BORDELON**, Relator

Original Proceeding[1]

### ORDER

Relator, Bobby Bordelon, has filed a petition for writ of mandamus. After considering the petition and the record, the court concludes Bordelon is not entitled to the relief sought. Accordingly, we **DENY** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on October 9, 2024.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding is related to Cause No. 14-0467-CR-C, styled *The State of Texas v. Bobby Bordelon*, in the 274th Judicial District Court, Guadalupe County, Texas.